IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-253-FL-1
No. 5:24-CV-345-FL

| | | |
|---|---|---|
| BOB BIONGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on the Memoranda and Recommendations ("M&Rs") of United States Magistrate Kimberly A. Swank, recommending that petitioner's motions to withdraw ground one (DE 266), to amend ground two (DE 267), and to vacate pursuant to 28 U.S.C. § 2255, as amended, (DE 242, 267), be granted, and the government's motion to dismiss (DE 257) be denied. No objections to the M&Rs have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&Rs and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, petitioner's motions to withdraw ground one, to amend ground two, and to vacate, as amended, are GRANTED, and the government's motion to dismiss is DENIED. Petitioner's sentence is VACATED in its entirety and the clerk is DIRECTED to set the matter for plenary resentencing during the July 2026 term of court. The Federal Public Defender is DIRECTED to oversee appointment of counsel for resentencing. The United States Probation Office is DIRECTED to file a modification to the presentence investigation report within **45 days**

from the date of this order. The parties are DIRECTED to submit any objections to the modification in the form of memoranda due within **21 days** of publication of the modification. The parties also may file responses to objections within **14 days** of service of same.

SO ORDERED, this the 9th day of March, 2026.

LOUISE W. FLANAGAN
United States District Judge

2